# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:06CV00092

| | |
|---|---|
| **COVENANT HOUSE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **COVENANT HOUSE OF STATESVILLE, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff Covenant House's "Application for Permission to Appear *Pro Hac Vice*" (file doc. 6), filed on August 4, 2006, requesting admission of Attorneys Kevin T. Kramer and Stephanie F. Goeller. For the reasons set forth therein, the motion will be **GRANTED**.

The record reflects that counsel has remitted only one admission fee. Accordingly, pursuant to Local Rule 83.1(B), counsel shall remit the second required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 4, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge