**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06CV00092**

| | | |
|---|---|---|
| **COVENANT HOUSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **COVENANT HOUSE OF STATESVILLE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court on Plaintiff Covenant House's "Application for Permission to Appear *Pro Hac Vice*" (file doc. 6), filed on August 4, 2006, requesting admission of Attorneys Kevin T. Kramer and Stephanie F. Goeller.  For the reasons set forth therein, the motion will be **GRANTED**.

     The record reflects that counsel has remitted only one admission fee.  Accordingly, pursuant to Local Rule 83.1(B), counsel shall remit the second required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

     **SO ORDERED**.

Signed: August 4, 2006

*Carl Horn, III*



Carl Horn, III
United States Magistrate Judge