**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06CV92-V**

| | | |
|---|---|---|
| **COVENANT HOUSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **COVENANT HOUSE OF STATESVILLE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff Covenant House's "Application for Permission to Appear *Pro Hac Vice*" (file doc. 10), filed on August 24, 2006, requesting admission of Attorney Patrick J. Jennings..  For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 25, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge